AO 91 (Rev. 11/11) Criminal Complaint



AUSA Asheeka Desai (312) 886-2050

**FILED**
12/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY BROWN

CASE NUMBER: 25 CR 766

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 1, 2025 in Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of a bank employee approximately $920 in United States currency belonging to, and in the care, custody, control, management, and possession of Fifth Third Bank, located at 2 South LaSalle Street in Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
JOSEPH THOMAS
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: December 2, 2025

_____
*Jeannie W. Appo*
box SIGN
*Judge's signature*

City and state: Chicago, Illinois

JEANNICE W. APPENTENG
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, JOSEPH THOMAS, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), where I have been employed since approximately 2021. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that TIMOTHY BROWN has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BROWN with bank robbery, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, information that appears in law enforcement records, interviews of witnesses, my review of surveillance videos and images, my training and experience, and the training and experience of other law enforcement agents.

## I.      FACTS SUPPORTING PROBABLE CAUSE

### A.      December 1, 2025 Attempted Bank Robbery at Chase Bank

4.      On or about December 1, 2025, a man attempted to rob the Chase Bank located in the Chicago Board of Trade Building at 141 West Jackson Boulevard in Chicago, Illinois (the "Chase Bank").

5.      According to surveillance footage from the Chase Bank, on or about December 1, 2025, at approximately 9:25 a.m., the robber entered the Chase Bank wearing dark pants, a blue and black checkered jacket, a black hoodie with a graphic of a bear on the front, and a grey knit beanie with a pom pom on the top.

6.      According to Victim Teller A and surveillance footage from the Chase Bank, after the robber entered the bank, he approached the teller counter and asked Victim Teller A for $10,000. Victim Teller A asked the robber for identification, and he responded with words to the effect of, "This is bank robbery, I have a gun, I want $10,000." Victim Teller A stated she then locked her computer and walked to a secure area in the back of the bank. According to Victim Teller B and surveillance footage from the Chase Bank, the robber then approached Victim Teller B and asked where Victim Teller A went. The robber waited approximately two minutes before exiting the Chase Bank at approximately 9:27 a.m. Below is a still image from Chase Bank's surveillance system showing the robber:



7.      According to Victim Teller A, the robber was a white male, approximately 50 to 60 years of age, approximately 5'6" or 5'7" tall, with a medium build and brown or black colored beard and wearing a large black overcoat and hat. According to Victim Teller B, the robber was a white middle-aged male in his 40s or 50s, approximately 5'6" to 5'7" tall, with a medium build and grey facial hair wearing a blue jacket and grey knit hat.[1]

**B.      December 1, 2025 Attempted Bank Robbery at Lakeside Bank**

8.      On or about December 1, 2025, shortly after the attempted robbery of the Chase Bank, a man attempted to rob Lakeside Bank, which is also located in the

---

[1] According to law enforcement databases, BROWN is 62 years old, approximately 5'5" tall, and approximately 190 pounds.

Chicago Board of Trade Building at 141 West Jackson Boulevard in Chicago, Illinois (the "Lakeside Bank").

9.      According to surveillance footage from the Lakeside Bank, on or about December 1, 2025, at approximately 9:28 a.m., the robber entered the Lakeside Bank wearing dark pants, a blue and black checkered jacket, a black hoodie with a graphic of a bear on the front, and a grey knit beanie with a pom pom on the top.

10.     Similar to the attempted robbery at the Chase Bank, according to Victim Teller C and surveillance footage from the Lakeside Bank, after the robber entered the bank, he approached the teller counter and asked Victim Teller C to withdraw $10,000. The robber said something to the effect of, "I am going to make this simple, this is a robbery." According to Victim Teller C and surveillance footage from the Lakeside Bank, Victim Teller C observed the manager and security guard for the Chase Bank enter the Lakeside Bank and attempt to get Victim Teller C's attention. According to Victim Teller C, the Chase Bank manager and security guard told the robber to leave. The robber then grabbed candy from a candy jar and left the bank. Below are still images from Lakeside Bank's surveillance system showing the robber:

 

11. According to Victim Teller C, the robber was as a white male, approximately 5'6" tall with a medium build and beard wearing a blue and black flannel jacket and a grey cap.

**C.    December 1, 2025 Bank Robbery at Fifth Third Bank**

12. On or about December 1, 2025, shortly after the attempted robbery of the Lakeside Bank, a man later identified as BROWN robbed the Fifth Third Bank located at 2 South LaSalle Street in Chicago, Illinois (the "Fifth Third Bank"), which is approximately 0.3 miles north of the Chicago Board of Trade Building.

13. According to surveillance footage from the Fifth Third Bank, on or about December 1, 2025, at approximately 9:47 a.m., the robber entered the Fifth Third Bank wearing dark pants, a blue and black checkered jacket, a black hoodie with a white bear graphic on the front, and a grey knit beanie with a pom pom on the top.

14. According to Victim Teller D and surveillance footage from Fifth Third Bank, after the robber entered the bank, he asked where he could withdraw money,

and Victim Teller D offered to assist. Victim Teller D then passed the robber a withdrawal slip, after which the robber said something to the effect of, "this is a robbery, I want five thousand." According to Victim Teller D and surveillance footage from the Fifth Third Bank, the robber motioned as if he had a gun by taking his right hand and moving it under the left breast of his jacket. According to Victim Teller D, Victim Teller D then hit the "hold up" button, dispensing approximately $920. Victim Teller D asked the robber if he wanted an envelope, and the robber responded affirmatively. According to Victim Teller D and surveillance footage from the Fifth Third Bank, Victim Teller D then placed the money in an envelope and gave the envelope to the robber. The robber took the envelope of money and exited the bank at approximately 9:49 a.m. Below are still images from Fifth Third Bank's surveillance system showing the robber, who closely resembles the individual who attempted to rob the Chase Bank and the Lakeside Bank earlier that morning:

 

15. According to Victim Teller D, the robber was a white male, approximately 5'8" to 5'10" tall, weighing approximately 150 to 160 pounds, with a white beard and hair and wearing a blue hoodie or jacket.

16. According to an audit conducted by Fifth Third Bank, the robber took approximately $920 in United States currency from Fifth Third Bank during the robbery. According to a certificate provided by Fifth Third Bank, Fifth Third Bank was insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the robbery.

**D. Identification of Timothy BROWN as the Robber and Chicago Police Department Arrest**

17. According to Chicago Police Department ("CPD") reports, on or about December 1, 2025, at approximately 11:56 a.m., CPD officers equipped with body worn cameras observed a male, later identified as BROWN, walking northbound on State Street from approximately 29th Street.

18. According to the CPD officers, at the time the CPD officers observed BROWN, they had recently reviewed surveillance photographs depicting the robber from the Fifth Third Bank robbery earlier in the morning. The officers had also heard a description of the bank robbery suspect on police radio.

19. According to CPD reports and body worn camera footage, the officers observed that the male walking on South State Street was wearing the same clothing as the robber depicted in the surveillance photographs that they reviewed, namely, black pants, a distinctive black and blue checkered jacket, a black hoodie with a white

bear graphic on the front, and a grey knit beanie with a pom pom on the top. In addition, the male was white and had grey facial hair.

20.     According to CPD reports, based upon the man's physical appearance and clothing matching that of the robber, the officers approached the man, placed him into custody, and identified him as Timothy BROWN. The images below are still images from the officers' body worn cameras showing BROWN:





21.     According to CPD reports, at the time of BROWN's arrest, he had approximately $548 in his possession.

## II.     CONCLUSION

22.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about December 1, 2025, TIMOTHY BROWN, by intimidation, did take from the person or presence of a bank employee, approximately $920 in United States currency belonging to, and in the care, custody, control, management, and possession of Fifth Third Bank, located at 2 South LaSalle Street

in Chicago, Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

JOSEPH THOMAS
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone December 2, 2025.

Honorable JEANNICE W. APPENTENG
United States Magistrate Judge

10